**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ROBERT WALTER D/B/A DIVERSIFIED AUTOMOTIVE SERVICES, | : No. 4 MAL 2015 |
| Petitioner | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| v. | |
| RINEK ROPE CO., INC., CITY OF EASTON, HEYWOOD BECKER, KARIN BECKER, TUROG PROPERTIES MANAGEMENT, INC., TUROG PROPERTIES LIMITED AND MICHAEL T. FOSTER, | |
| Respondents | |

| | |
|---|---|
| ROBERT WALTER D/B/A DIVERSIFIED AUTOMOTIVE SERVICES, | : No. 5 MAL 2015 |
| Petitioner | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| v. | |
| RINEK ROPE CO., INC., CITY OF EASTON, HEYWOOD BECKER, KARIN BECKER, TUROG PROPERTIES MANAGEMENT, INC. AND TUROG PROPERTIES LIMITED, AND MICHAEL T. FOSTER, | |
| Respondents | |

| | |
|---|---|
| ROBERT WALTER D/B/A DIVERSIFIED AUTOMOTIVE SERVICES, | : No. 6 MAL 2015 |
| Petitioner | : Petition for Allowance of Appeal from the |

|  | : Order of the Commonwealth Court |
| v. | : |
|  | : |
| RINEK ROPE CO., INC., CITY OF | : |
| EASTON, HEYWOOD BECKER, KARIN | : |
| BECKER, TUROG PROPERTIES | : |
| MANAGEMENT, INC. AND TUROG | : |
| PROPERTIES LIMITED, AND MICHAEL | : |
| T. FOSTER, | : |
|  | : |
| Respondents | : |
|  | : |
|  | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.